# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LASALLE BANK NATIONAL  :
ASSOCIATION, as Trustee for
Certificateholders of Bear Stearns  :
Asset Backed Securities I LLC,
Asset-Backed Certificates, Series  :
2005-HE8,                       Case No. 3:07CV266
   :
    Plaintiff,                     District Judge Walter Herbert Rice
   :                     Magistrate Judge Sharon L. Ovington
vs.
   :
RUTH SIMON, *et al.*,
   :

## DECISION AND ORDER

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 26, 2007 (Doc. #18) is **ADOPTED** in full;

2. Plaintiff's Motion to Dismiss (Doc. #12) is GRANTED;

3. Defendant Unknown Spouse, if any of Ruth Simon, 305 Marathon Avenue, Apt. #1, Dayton, OH 45406 is **DISMISSED** as a party to this case pursuant

to Fed. R. Civ. P. 21, and Plaintiff's claims against this unknown spouse are dismissed at Plaintiff's costs.

4.     The case remains pending on the docket of this Court.

                                                                             Walter Herbert Rice
                                                United States District Judge